## SUMMONS IN A CIVIL ACTION

### United States District Court
### for the District of Colorado

Civil Action Number: **'10 – CV – 02589JLK-KLM**

PHOENIX ASSETS, LLC a Colorado limited liability company, and WAYNE DALE, Individually,

        PLAINTIFF(S),

v.

DANIEL KASNETT

        DEFENDANT(S).

**SUMMONS**

To the above named Defendant(s): DANIEL KASNETT

You are hereby summoned and required to serve upon    Anthony L. Leffert

plaintiff's attorney, whose address is: Robinson, Waters & O'Dorisio, PC, 1099 18th Street, Suite, 2600, Denver, CO 80202

AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within __21__ days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Gregory C. Langham, Clerk

By: _____

        Deputy Clerk

(Seal of the Court)

Date: Oct 22, 2010

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, CO 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

NAME OF SERVER: Thomas E. Rea  TITLE: Pres. - Rea Inv.

Check one box to indicate appropriate method of service.

[X] Served personally upon the defendant. Place where left: 3602 Severn Road Cleveland, OH 44118

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint where left: _____

[ ] Returned unexecuted:: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE OF FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Executed on: 11/15/10
Date

Signature of Server: Thomas E. Rea

Address of Server: 14870 E. Bagley #204
Middleburg Hts, OH 44130

Phoenix Assets, LLC et al., et. al., Plaintiff(s)
vs.
Daniel Kasnett, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 107850-0001

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:

—Daniel Kasnett
Court Case No. 10 CV 2589

ROBINSON, WATERS & O'DORISIO
Ms. Elizabeth Garfield
1099 18th St., Ste. 2600
Denver, CO 80202

State of: Ohio ) ss.
County of: Cuyahoga )
Name of Server: Thomas E. Rea, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 15th day of November, 20 10, at 7:30 o'clock P M

Place of Service: at 3602 Severn Road, in Cleveland, OH 44118

Documents Served: the undersigned served the documents described as:
**Summons, Complaint and Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Daniel Kasnett**

Person Served, and Method of Service:
[X] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Daniel Kasnett** at the place of service, and whose relationship to the person is: _____

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Black ; Facial Hair Beard
Approx. Age 30 ; Approx. Height 5'10" ; Approx. Weight 180

[ ] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Thomas E. Rea
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this 16 day of November, 20 10

Notary Public    (Commission Expires)

