# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10cv2589-JLK-KLM

PHOENIX ASSETS, LLC, a Colorado limited liability company,
and WAYNE DALE, individually,

Plaintiff,

v.

DANIEL KASNETT,

Defendant.

## AMENDED AFFIDAVIT OF ANTHONY L. LEFFERT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT DANIEL KASNETT

| STATE OF COLORADO | ) |
| --- | --- |
|  | ) ss. |
| CITY AND COUNTY OF DENVER | ) |

I, Anthony L. Leffert, being of lawful age and under no constraint or undue influence hereby make the following statements:

1. I am a shareholder with the law firm of Robinson Waters & O'Dorisio, P.C.

2. I am counsel for Plaintiffs Phoenix Assets, LLC and Wayne Dale.

3. Jurisdiction is proper in the United States District Court for the District of Colorado pursuant to 28 U.S.C. §1332, as the amount in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.

4. Venue for this action is proper in the United States District Court for the District of Colorado, pursuant to 28 U.S.C. § 1391(a) because a substantial part of the events or omissions giving rise to the claim occurred in this district and Plaintiffs reside in this district.

5. Upon information and belief, Defendant Daniel Kasnett is neither a minor nor an incompetent person nor in the military service of the United States.

6. Pursuant to Paragraph 12 of the Promissory Note, Defendant Daniel Kasnett has agreed to pay to Plaintiffs all attorneys' fees and costs incurred in any action to collection of payment on the Promissory Note. As of December 8, 2010, Plaintiffs have incurred attorneys' fees of $11,439.50 and costs of $679.79 for a total amount of $12,119.29 as a result of prosecuting this action.

7. This Affidavit reflects reasonable attorneys' fees and costs that have been necessarily incurred by Plaintiff for the services for which they have been charged and which were actually and necessarily performed in prosecuting this action.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 15th day of December, 2010.

_____
Anthony L. Leffert

Subscribed and sworn to before me this 15th day of December, 2010, by Anthony L. Leffert.

Witness my hand and official seal.

My commission expires: 8/7/14

_____
Notary Public