UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge John L. Kane

Civil Action **No. 10-cv-002589**

**PHOENIX ASSETS, LLC, a Colorado limited liability company, and
WAYNE DALE, individually**

    Plaintiffs

v.

**DANIEL KASNETT,**

    Defendant.

## ORDER

This matter is currently before me on Plaintiffs' Motion for Entry of Default Judgment and Judgment Against Defendant Daniel Kasnett (doc. 3). Pursuant to Fed. R. Civ. P. 55(b) and Plaintiffs' request and the accompanying affidavits, judgment must enter against Defendant for all sums certain (or sums that can be made certain) because Defendant has failed to appear in this matter and there is no evidence that Defendant is either a minor or incompetent.

Accordingly, the clerk shall enter Judgment against Defendant Daniel Kasnett in the following amounts: **$ 1,975,133.84** for principal, interest, default interest, and late charges relating to the promissory note Defendant entered into with Plaintiff Wayne Dale, *see* Affidavit of Wayne Dale (doc. 3-3); **$ 12,119.29** for attorneys' fees and costs relating to Plaintiffs' action to collect payment on the promissory note, *see* Affidavit of Anthony L. Leffert (doc. 3-2); and **$ 391,700.00** for the amounts Plaintiff Phoenix Assets contributed to real estate projects managed and controlled by Defendant, *see* Affidavit of Wayne Dale (doc. 3-3). Furthermore, pursuant to 28 U.S.C. § 1961, **statutory interest** shall accrue on these amounts until they are

satisfied by Plaintiff.

Dated: January 13, 2011 BY THE COURT:

**/s/ John L. Kane**
U.S. SENIOR DISTRICT JUDGE